Case: 1:25-mj-00201
Assigned To : Sharbaugh, Matthew J.
Assign. Date : 9/3/2025
Description: COMPLAINT W/ARREST WARRANT

## STATEMENT OF FACTS

On Tuesday, September 2, 2025, at approximately 2046 hours, the following offense occurred in the 2800 block of Douglas Place Southeast. Members of the Seventh District Special Mission Unit (SMU) were working in coordination with the ATF, DEA, U.S. Secret Service, U.S. Marshals Service, and FBI as part of the DC Safe and Beautiful Task Force Operation. MPD officers were operating a marked scout car utilizing call sign 7SMU07 and were wearing full MPD uniforms with outer vests clearly marked "Metropolitan Police Department." The incident occurred within the jurisdictional boundaries of the District of Columbia in response to ongoing community concerns regarding drug activity, robberies, gun violence, and other quality-of-life offenses.

While conducting proactive patrols within PSA 703, lead vehicle officers consisted of Officer Mekhael (driver) and Officer Bell (passenger). In a second vehicle, DEA Special Agents Dent, Montgomery, and Sanders were conducting parallel enforcement activities. Year-to-date crime statistics for PSA 703 (from January 1, 2025, through September 3, 2025) include 34 reported violent crimes, consisting of 4 homicides, 16 assaults with a dangerous weapon, and 14 robberies all involving firearms.

At approximately 2045 hours, while traveling on the 1400 block of Howard Road SE, Officer Mekhael observed a vehicle bearing Washington, D.C. tag FG1866 traveling at a high rate of speed and disregarding traffic laws. The vehicle made a left turn into the 2300 block of 14th Place SE. Officer Mekhael attempted to initiate a traffic stop, at which time the driver recklessly reversed and fled, making a left turn onto Bryan Place SE. Officer Mekhael advised DEA Special Agent Dent, who was able to catch up with the fleeing vehicle and engaged in a brief pursuit that ended in front of 2850 Douglas Place SE.

Special Agents Sanders, Montgomery, and Dent observed the male driver exit the vehicle and flee on foot through the parking lot area. During the foot pursuit, Special Agent Dent observed the suspect extend his right arm and discard a black firearm over a metal fence. DEA Special Agent Harris, who was backing up the foot pursuit, climbed the fence and successfully recovered the discarded firearm. Agents Montgomery and Sanders apprehended the suspect and secured him in handcuffs.

The suspect was verbally identified as Michael David Taylor (DOB: ████████), hereinafter referred to as D-1.

Crime Scene Unit (CSU 28) responded to the Seventh District and processed the recovered firearm. The weapon was identified as a black Glock 30 Gen 5, serial number CCRV225. The firearm was loaded with one round in the chamber and eight rounds in the magazine (9 total rounds of ammunition), with a capacity of 10. The firearm was fully functional, capable of one-handed operation, with a barrel length of less than twelve inches, and operable by means of an explosion. As there are no firearm or ammunition manufacturers located within the District of Columbia, both the firearm and ammunition are presumed to have traveled in interstate commerce.

Officer Finn contacted the D.C. Gun Registry, which confirmed that D-1 does not possess a valid concealed carry permit. A WALES/NCIC check conducted by Officer Hsu revealed the listed

firearm was reported stolen under CCN 24127883. Further investigation using police databases confirmed that D-1 is a convicted felon prohibited from possessing firearms or ammunition due to prior convictions carrying a mandatory minimum one year sentence.

D-1 was placed under arrest for Carrying a Pistol Without a License (CPWL), Possession of Unregistered Ammunition, Possession of an Unregistered Firearm, Unlawful Discarding of Firearms/Ammunition, Receiving Stolen Property, Fleeing from a Law Enforcement Officer in a Motor Vehicle, Felon in Possession of a Firearm, and Reckless Driving. A Notice of Infraction (NOI #289952762) was issued for stop sign and passing violations.

D-1's vehicle was legally parked in front of 2660 Douglas Place SE and secured. D-1 was advised of the charges and transported to the First District Station for processing

There are no firearm or ammunition manufacturers in the District of Columbia.  Therefore, the firearm and ammunition in this case must have traveled in interstate commerce.

A criminal history check of D-1 revealed that on October 19, 2010, he suffered numerous prior criminal felony convictions, including but not limited to, Assault With a Dangerous Weapon (pistol) and Possession of A Firearm During a Crime of Violence, and was sentenced to terms of incarceration of over one year in the Superior Court for the District of Columbia, Case No. 2009 CF3 8596.

_____
SA Kanyen Andersen, Badge #  6634
Bureau of Alcohol, Tobacco, Firearms, and Explosives

*Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 3rd day of September 2025.*

_____
Matthew J. Sharbaugh
UNITED STATES MAGISTRATE JUDGE